UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>  Violy Bravo<br><br>        Debtor(s) | Case No. 11 B 46914 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/18/2011.

2) The plan was confirmed on 04/05/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Converted on 01/07/2015.

6) Number of months from filing to last payment: 37.

7) Number of months case was pending: 45.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $13,299.51 |
| Less amount refunded to debtor | $1,518.64 |

**NET RECEIPTS:** $11,780.87

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,671.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $503.02 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,174.02

Attorney fees paid and disclosed by debtor: $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| A/R Concepts Inc | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Advocate Health Care | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Allied Credit | Unsecured | 169.00 | NA | NA | 0.00 | 0.00 |
| AT&T Broadband | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| BMG Music Service | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| Chela Financial Inc | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chicago Municipal Employees CU | Unsecured | 2,007.00 | NA | NA | 0.00 | 0.00 |
| Chicago Municipal Employees CU | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chicago Municipal Employees CU | Unsecured | 77.00 | NA | NA | 0.00 | 0.00 |
| Chicago Municipal Employees CU | Unsecured | 1,250.00 | NA | NA | 0.00 | 0.00 |
| Chicago Municipal Employees CU | Secured | 2,859.98 | 2,859.98 | 2,859.98 | 999.80 | 98.54 |
| CIT Bank/DFS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 895.48 | 895.48 | 895.48 | 34.14 | 0.00 |
| Commonwealth Edison | Unsecured | 901.17 | 901.17 | 901.17 | 34.37 | 0.00 |
| Computer Credit Service Corp | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |
| Department Of Education | Unsecured | NA | 29,577.27 | 29,577.27 | 0.00 | 0.00 |
| Fashion Bug | Unsecured | 1,704.00 | NA | NA | 0.00 | 0.00 |
| First National Bank | Unsecured | 1,197.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 1,413.00 | NA | NA | 0.00 | 0.00 |
| HSBC Bank USA | Unsecured | 478.00 | NA | NA | 0.00 | 0.00 |
| Illinois Tollway | Unsecured | 495.00 | 2,709.65 | 2,709.65 | 103.34 | 0.00 |
| Illinois Tollway | Unsecured | 1,600.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 2,097.71 | 1,640.97 | 1,640.97 | 1,640.97 | 0.00 |
| Internal Revenue Service | Unsecured | 2,097.71 | 226.59 | 226.59 | 8.64 | 0.00 |
| Jackson Hewitt | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Loan Machine | Unsecured | 2,463.30 | 1,570.14 | 1,570.14 | 59.87 | 0.00 |
| Metabank Fingerhut | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| National Louis University | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| National Louis University | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | 535.00 | 535.22 | 535.22 | 20.41 | 0.00 |
| Professional Account Management | Unsecured | 304.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Receivables Management Inc | Unsecured | 500.00 | 250.00 | 250.00 | 0.00 | 0.00 |
| Receivables Management Inc | Unsecured | 151.00 | NA | NA | 0.00 | 0.00 |
| Rnb Fields3 | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Rnb Fields3 | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 62,956.00 | 76,468.71 | 76,468.71 | 0.00 | 0.00 |
| Santander Consumer USA | Unsecured | 6,000.00 | NA | NA | 0.00 | 0.00 |
| Santander Consumer USA | Secured | 6,000.00 | 3,113.92 | 4,225.46 | 4,225.46 | 381.31 |
| Weinstein & Riley PS | Unsecured | 412.00 | NA | NA | 0.00 | 0.00 |
| Zenith Acquisition | Unsecured | 424.00 | NA | NA | 0.00 | 0.00 |
| Zenith Acquisition | Unsecured | 363.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $7,085.44 | $5,225.26 | $479.85 |
| **TOTAL SECURED:** | **$7,085.44** | **$5,225.26** | **$479.85** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,640.97 | $1,640.97 | $0.00 |
| **TOTAL PRIORITY:** | **$1,640.97** | **$1,640.97** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$113,134.23** | **$260.77** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,174.02 |
| Disbursements to Creditors | $7,606.85 |
| **TOTAL DISBURSEMENTS :** | **$11,780.87** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 08/28/2015  By: /s/ Marilyn O. Marshall
                                          Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**